S.D.N.Y. - N.Y.C.
14-cv-2958
Failla, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of June, two thousand fourteen.

Present:

> Barrington D. Parker,
> Denny Chin,
> Raymond J. Lohier, Jr.,
> *Circuit Judges*.

Jerry Fund, Automatic Meter Reading Corporation,

> *Plaintiffs-Appellants*,

v.  14-1621

City of New York, Patricia Gatling,

> *Defendants-Appellees*.

Appellants move this Court for an order enjoining ongoing proceedings before the New York City Commission on Human Rights. However, this Court has determined that it must abstain from ruling on the motion, pursuant to *Younger v. Harris*, 401 U.S. 37, 43-44 (1971), and *Sprint Commc'ns, Inc. v. Jacobs*, 134 S. Ct. 584, 588 (2013). Accordingly, it is hereby ORDERED that the motion is DENIED.

> FOR THE COURT:
> Catherine O'Hagan Wolfe, Clerk

SAO-KAL

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 06/18/2014